UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
GREEN BAY DIVISION
_____

WISCONSINSHEET METAL WORKERS
HEALTH AND BENEFIT FUND, RETIREMENT
PLAN FOR EMPLOYEES REPRESENTED
BY SHEET METAL WORKERS LOCAL UNION 18,
SHEET METAL WORKERS LOCAL #18 TRAINING FUND,
and SCOTT KNOCKE (in his capacity as Trustee),

                            **Plaintiffs,**

    v.                                                  Case No.  22-C-1113

**LIGHTHART HVAC, INC.,**

                            **Defendant.**
_____

## ORDER AND ENTRY OF JUDGMENT
_____

       Request and motion for default judgment brought by the plaintiffs in the above-captioned action was submitted to the court and filed with the clerk.

The court, having duly heard all issues and a decision having been duly rendered, orders as follows:

    1.    Defendant Lighthart HVAC, Inc. has failed to plead or otherwise defend as provided by Rule 55(a) of the Fed. R. Civ. P.

    2.    Defendant Lighthart HVAC, LLC violated the Employee Retirement Income Security Act of 1974, as amended, and the effective collective bargaining agreement by failing to pay fringe benefit contributions on behalf of its employees to the plaintiff funds.

    3.    Due to Defendants' failure, Plaintiffs are entitled to damages consisting of contributions, liquidated damages, interest, attorney fees and costs.

4.  Based on the affidavits and declaration submitted by Plaintiffs in support of default judgment, the court assesses the following damages:

   a. Contributions in the amount of $7,198.07;

   b. Liquidated damages in the amount of $1,524.54;

   c. Interest in the amount of $64.49;

   d. Attorney Fees in the amount of $3,024.00 and

   e. Costs in the amount of $562.00.

**IT IS HEREBY ORDERED** that the Clerk of Court is directed to enter judgment in favor of Plaintiffs, Wisconsin Sheet Metal Workers Health And Benefit Fund, Retirement Plan For Employees Represented By Sheet Metal Workers Local Union 18, Sheet Metal Workers Local #18 Training Fund, and Scott Knocke (in his capacity as Trustee), and against Defendant Lighthart HVAC, Inc. in the amount of $12,373.10 together with interest at the rate allowed by law.

Entered this 2nd day of December, 2022.

BY THE COURT:

s/ William C. Griesbach
WILLIAM C. GRIESBACH
U.S. District Judge